James M. Fort et al., appellees, v. Consuelo R. DeMedinah et al., appellants. Gen. No. 34,143.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Louis J. Du Rocher, for appellants. John R. McCabe and Harry Hoffman, for appellees; Harry Hoffman, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Frank J. Higgins, appellee, v. William A. Bobula et al., appellants. Gen. No. 34,152.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Leo M. Tarpey, for appellants. Finn & Miller, for appellee; Robert S. Cook, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Max Gecht et al., appellants, v. Russell Firebaugh et al., appellees. Gen. No. 34,001.

Heard in the second division of this court for the first district at the December term, 1929. Opinion filed June 30, 1930.

Gallagher, Shulman & Abrams, for appellants. Sherman C. Spitzer and Norbert B. Tyrrell, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

Francis Dwyer, appellee, v. Minneapolis, St. Paul & Sault Ste. Marie Railway Company, appellant. Gen. No. 34,068.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

John L. McInerney, for appellant; Edward H. Murnane, of counsel. Elmer W. Arch and Patrick L. McArdle, for appellee; E. J. McArdle, of counsel.

Mr. Justice Gridley delivered the opinion of the court.